UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-11962-MWC-AS                          Date: April 13, 2026

Title:    *Jane Doe v. U.S. Immigration and Customs Enforcement, et al.*

Present:  <u>The Honorable MICHELLE WILLIAMS COURT, U.S. District Judge</u>

| Teresa Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILING TO FILE AMENDED PETITION AND PROSECUTE ACTION

On February 27, 2026, Petitioner John Doe was dismissed from this action for failing to respond to the Court's prior order requiring him to refile an *in forma pauperis* ("IFP") request or pay the filing fee. Dkts. 24, 44. On that same date, the Court granted Petitioner Jane Doe IFP status and directed her to file an amended petition as the sole remaining Petitioner "**within 30 days[.]**" Dkt. 44 (emphasis in original). The Court warned that "[f]ailure to comply with these instructions will result in dismissal of this action." *Id*.

To date, Petitioner Jane Doe has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of prosecution . . . [is] vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Jeffrey H. v. Comm'r, Soc. Sec. Admin.*, 2019 WL 2870082, at *2 (D. Or. July 3, 2019) (dismissing for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-11962-MWC-AS                    Date: April 13, 2026

Title:    *Jane Doe v. U.S. Immigration and Customs Enforcement, et al.*

failing to prosecute and comply with court orders where plaintiff failed to follow scheduling rules and had taken no action in response to order).

All other pending matters are **TERMINATED**.

**IT IS SO ORDERED.**